UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-10664 |
| | ) | |
| LAWRENCE VERSELL WEBSTER, | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY AND CO-DEBTOR STAY

This cause coming to be heard on the Motion of Federal National Mortgage Association ("Fannie Mae"), a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Federal National Mortgage Association ("Fannie Mae") and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 347 Clubhouse St, Bolingbrook, Illinois 60490.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

The Co-Debtor's automatic stay against Federal National Mortgage Association ("Fannie Mae") is also modified pursuant to 11 U.S.C. §1301 (a) as to co-debtor, JACQUELYN WEBSTER.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 17, 2018

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088
File #: WICC-17-00668