**PUNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAWRENCE VERSELL WEBSTER ) | |
| ) | No. 17-10664 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | Hearing Date: 5/10/2019, 10:45 a.m. |

**AGREED ORDER**

This matter coming before the court for hearing on AUGUSTA VILLAGE HOMEOWNERS' ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through April 2019, there is a balance of $1,771.00 due and owing to Augusta Village Homeowners' Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $1,771.00 balance as follows:

    a. $771.00 shall be paid on or before May 10, 2019;

    b. $250.00 shall be paid on or before June 10, 2019;

    c. $250.00 shall be paid on or before July 10, 2019;

    c. $250.00 shall be paid on or before August 10, 2019;

    c. $250.00 shall be paid on or before September 10, 2019;

By _____
Rachel Irwin, Attorney for Augusta
Village Homeowners' Association

By _____
Briana M. Czajka, attorney for debtor

1

3. Additionally, Debtor shall pay the annual assessment and all other charges which become due and owing on or before the 1st of each month beginning with the January 2020 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, then the Stay shall be modified, without further order of court, so as to allow Movant to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 347 Clubhouse Street, Bolingbrook, Illinois 60490, PROVIDED that written notice of default is sent to Debtor, Debtor's Attorney, and the Chapter 13 Trustee (either by regular mail or through ECF). The Stay shall be modified unless Debtor cures by payment of the amount specified in the notice of default, which may include attorneys' fees not to exceed $100.00 incurred for the issuance of the notice of default, within 15 days of the mailing of the notice of default. In order to cure, funds must be paid in the form of certified check, money order or cashier's check payable to Augusta Village Homeowners' Association and tendered at the offices of Keay & Costello, P.C. at the address below.

AGREED TO:

By _____
Rachel Irwin, Attorney for Augusta
Village Homeowners' Association

By _____
Briana M. Czajka, attorney for debtor

MAY 1 0 2019

ENTER:

_____
Bankruptcy Judge
Date: May 10, 2019

Attorney No. 6327075
Rachel Irwin
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2